**Darry Gene YARBRO, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI–
Forrest City, Appellee.**

No. 08–3527.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 1, 2009.

Filed: Oct. 2, 2009.

Darry Gene Yarbro, Forrest City, AR,
pro se.

Clarence Daniel Stripling, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before WOLLMAN, RILEY, and
SMITH, Circuit Judges.

PER CURIAM.

Darry Gene Yarbro appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Upon careful de novo review, *see Hill v. Morrison,* 349 F.3d 1089, 1091 (8th Cir.2003), we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.